
RECEIVED
IN MONROE, LA
SEP 12 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MICHAEL ANODE | CIVIL ACTION NUMBER 05-0912 |
| VERSUS | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. #20) is **GRANTED**, that the Motion for Summary Judgment (Doc. #16) is **DENIED AS MOOT**, and the petition for writ of *habeas corpus* (28 U.S.C. §2241) is **DENIED** and **DISMISSED** without prejudice.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this  12  day of  September , 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE